# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **RYAN SANDERS #503472** | **CIVIL ACTION NO. 23-cv-1402**<br>**SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JAMES LEBLANC ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 6], noting the absence of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Temporary Restraining Order [Doc. No. 4] is **DENIED**.

THUS, DONE AND SIGNED at Monroe, Louisiana, this the 25th day of October 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE