UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RYAN SANDERS #503472 | CIVIL DOCKET NO. 23-cv-01402-P |
| VERSUS | JUDGE EDWARDS |
| JAMES LEBLANC, ET AL | MAG. JUDGE PEREZ-MONTES |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 17), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that the Plaintiff's Complaint (Doc. 9) be dismissed without prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 23rd day of April, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE